UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROWEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOUNDVIEW COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-05530-WHO<br><br>**ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 14 |

Currently before the Court is plaintiffs' motion to file portions of their opposition to the motion to dismiss or transfer, and related exhibits, under seal. The only information plaintiffs seek to seal are references to the parties' contracts, which contain confidentiality provisions. Docket No. 14. The only justification for plaintiffs' request to seal is the parties' agreement to keep the terms of the contracts confidential. *See* Docket Nos. 14, 14-1.

The parties' confidentiality agreement is not sufficient to justify sealing. *See* Civ. L.R. 79-5(d)(1). Moreover, Defendants do not believe that the confidentiality provisions are "enforceable under the circumstances." Docket No. 10-1 at fn 2.

Because plaintiffs have failed show good cause for sealing the information at issue and defendants do not believe it should be sealed, the Court is inclined to deny the motion and allow the pleadings and exhibits to be filed in the public record.[1] However, if plaintiffs believe good cause exists to seal specific portions of the parties' contracts, they must submit a revised declaration within five days of the date of this Order demonstrating with specificity that those portions of the parties' contracts are "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). If plaintiffs fail to file that supplemental

---

[1] Plaintiffs have also failed to follow this Court's Standing Order on Administrative Motions to File Under Seal. *See* http://cand.uscourts.gov/whoorders.

declaration within five days of this Order, the Court will file the opposition and supporting documents in the public record.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
WILLIAM H. ORRICK
United States District Judge